# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW ALEXANDER                                          PLAINTIFF

v.                     No. 5:19-cv-323-DPM-BD

DALLAS COUNTY DETENTION
CENTER; DUSTY DOTSON,
Administrator, Dallas County Jail;
and UNITED STATES MARSHALS SERVICE              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 7, and overrules Alexander's objections, № 10. FED. R. CIV. P. 72(b)(3). If Alexander wants to add or change the Defendants in this lawsuit, then he must do so in a motion to amend his complaint. On the current complaint, he may proceed with his claims about conditions of confinement and inadequate medical care. His court access, Sixth Amendment, and due process claims are dismissed without prejudice. And his claims against the Detention Center and the United States Marshals Service are dismissed with prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020