IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW ALEXANDER**                                                      **PLAINTIFF**
**Reg #32500009**

V.                   CASE NO. 5:19-CV-323-BD

**DALLAS COUNTY DETENTION CENTER**, *et al*.            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 21st day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE